UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASPHALT AND CONCRETE INC. ) | CASE NO. 08CV2127BTM(POR) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION** |
| ) | **FOR DISMISSAL OF ENTIRE ACTION** |
| v. ) | **WITH PREJUDICE** |
| ) | |
| SCOTTSDALE INSURANCE COMPANY and ) | |
| DOES 1 - 50, Inclusive. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Pursuant to joint motion of the parties and FRCP 41(a)(1),

IT IS HEREBY ORDERED that the entire action, including all claims that were or could have been raised therein, be dismissed with prejudice.   Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  April 19, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge